UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER JON ELLIS,

          Plaintiff,

   v.

PLACERVILLE POLICE DEPARTMENT,

          Defendant.

Case No.  2:25-cv-3181-JDP (P)

ORDER

Plaintiff has filed a request to withdraw his complaint against Placerville Police Department.  ECF No. 5.  However, plaintiff's complaint lists both the Placerville Police Department and Officer Robinson as defendants.  *See* ECF No. 1.  Should plaintiff wish to voluntarily dismiss the entire complaint—against both defendants—he should file a notice with the court within twenty-one days expressly stating so.  If plaintiff intended to only dismiss the Placerville Police Department, then the court will dismiss that defendant upon screening.

Accordingly, it is hereby ORDERED that plaintiff shall, within twenty-one days of the date of this order, file a notice explicitly stating his intent to either dismiss the entire complaint or only defendant Placerville Police Department.

1

IT IS SO ORDERED.


Dated:     January 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE